# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DAIRYLAND ANIMAL CLINIC, S.C., a Wisconsin corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No.: 3:16-cv-147 |
| v. | ) **CLASS ACTION** |
| HOMEOPET, L.L.C. and JOHN DOES 1-10, | )<br>)<br>) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, DAIRYLAND ANIMAL CLINIC, S.C., and Defendant, HOMEOPET, LLC, through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice, class allegations without prejudice, each party to bear its own costs.

Dated:  December 2, 2016                                           Respectfully submitted,

/s/ Brian J. Wanca                                        /s/ Michael D. Leffel   (with permission)
Brian J. Wanca                                             Michael D. Leffel
Ryan M. Kelly                                              Eric. J. Hatchell
ANDERSON + WANCA                                           FOLEY & LARDNER
3701 Algonquin Rd., Suite 500                              150 E. Gilman Street
Rolling Meadows, IL 60008                                  Madison, WI  53703
Telephone:  847-368-1500                                   Telephone: 608-257-5035
Fax:  847-368-1501                                         Fax:  608-258-4258
Email:  bwanca@andersonwanca.com                           mleffel@foley.com
            rkelly@andersonwanca.com                       ehatchell@foley.com

*Attorneys for Plaintiff*                                  *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                                   /s/ Brian J. Wanca